**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vergena Peshlakai; and Amie Peshlakai,<br><br>  Plaintiffs,<br><br>vs.<br><br>United States of America,<br><br>  Defendant. | No. CV-10-8141-PCT-DGC<br><br>**ORDER** |

On August 4, 2010, Plaintiffs filed a complaint asserting a negligence claim against the United States under the Federal Tort Claims Act. Doc. 1. The government has filed a motion to dismiss for lack of service on the United States Attorney General. Doc. 7. Plaintiffs have filed affidavits showing service on the Attorney General has been made pursuant to Rule 4 of the Federal Rules of Civil Procedure. Docs. 17, 18. The government has filed an answer to the complaint. Doc. 14. The motion to dismiss will be denied.

**IT IS ORDERED:**

1. The government's motion to dismiss (Doc. 7) is **denied**.
2. A Case Management Conference is set for **January 19, 2011 at 4:30 p.m.** (*see* Doc. 15).

DATED this 20th day of December, 2010.

David G. Campbell
United States District Judge